IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DEREK WAYNE HALL                                                    PLAINTIFF

V.                          CASE NO.: 3:14-CV-3066

TRAVIS FLOWERS, Parole Officer,
Harrison, Arkansas; KENT VILLLANS,
Supervisor, Harrison Probation and
Parole; and NURSE MANDY                                             DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 7) filed in this case on March 23, 2015, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED on this 23rd day of April, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE